# IN THE SUPREME COURT OF THE STATE OF NEVADA

LIUID, LLC; LIUID HOLDINGS, LLC; AND STAN HU, AN INDIVIDUAL, Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JOANNA KISHNER, DISTRICT JUDGE, Respondents,

and

MARISA BONIFAZIO, AN INDIVIDUAL, Real Party in Interest.

No. 71801



**FILED**

JAN 13 2017

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges district court orders denying a motion to dismiss, denying a motion to strike, and denying a motion for partial summary judgment in a tort action.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted at this time with regard to the challenged orders. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). This order should not be construed as precluding

petitioners from making the same or similar arguments to this court in any future writ petition or appeal. Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Joanna Kishner, District Judge
Hall Jaffe & Clayton, LLP
Chattah Law Group
Eighth District Court Clerk